**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6837**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

LYNVAL KERRIS ANDERSON, JR.,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., Senior District Judge.  (2:98-cr-00143-HCM-1)

Submitted:  August 14, 2008          Decided:  August 21, 2008

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lynval Kerris Anderson, Jr., Appellant Pro Se.  Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynval Kerris Anderson, Jr., appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Anderson</u>, No. 2:98-cr-00143-HCM-1 (E.D. Va. filed Apr. 25, 2008; entered Apr. 29, 2008). We deny Anderson's motion for a certificate of appealability as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>